# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| EMILIA ESPINOZA, as Personal Representative and Administrator of the Estate of JOSE ANTONIO ESPINOZA,    *Plaintiff,*<br><br>v.<br><br>CITY OF LEVELLAND, RAOL ORTEGA LOPEZ, JORDAN KASE DONAHUE, JUSTIN TY LAND, CHIEF OF POLICE TONY COWAN,    *Defendants.* | § § § § § § § § § § § §    CIVIL ACTION NO. 5:16-CV-00016-C |

## APPENDIX IN SUPPORT OF DEFENDANTS RAUL ORTEGA LOPEZ, JORDAN KASE DONAHUE, JUSTIN TY LAND AND TONEY COWAN'S MOTION AND BRIEF FOR SUMMARY JUDGMENT ON THE ISSUE OF QUALIFIED IMMUNITY

Respectfully submitted,

 */s/ Matt D. Matzner*
MATT D. MATZNER
Texas Bar No. 00797022
TRACI D. SIEBENLIST
Texas Bar No. 24070517
CRENSHAW, DUPREE & MILAM, L.L.P.
P.O. Box 64479
Lubbock, Texas 79464-4479
(806) 762-5281
(806) 762-3510 (FAX)
mmatzner@cdmlaw.com
tsiebenlist@cdmlaw.com
***Counsel for Defendants***

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing was on this 22nd day of July 2016, served as follows:

**VIA ECF**
Mr. Normando Pacheco
Law Offices of Pacheco and Wake
14201 East 4th Avenue, Suite 100
Aurora, CO 80011
pandwlaw@gmail.com
*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　 */s/ Matt D. Matzner*　　　　
　　　　　　　　　　　　　　　　　　　　　　OF COUNSEL

## TABLE OF CONTENTS

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| A | Levelland Police Department Departmental Policy and City Personnel Policy Manuals | 1-256 |
| B | Levelland PD Field Training Officer Manual | 257-312 |
| C | Declaration of Police Chief Toney Cowan | 313-316 |
| D | Declaration of Officer Jordan Kase Donahue | 317-320 |
| E | Declaration of Officer Raul Ortega Lopez | 321-323 |
| F | Declaration of Officer Justin Ty Land | 324-326 |
| G | TCOLE Records of Toney Cowan | 327-332 |
| H | TCOLE Records of Jordan Kase Donahue | 333-337 |
| I | TCOLE Records of Raul Ortega Lopez | 338-344 |
| J | TCOLE Records of Justin Ty Land | 345-351 |
| K | Margo Frasier Resume | 352-357 |
| L | Affidavit of Margo L. Frasier | 358-363 |
| M | Defendant Toney Cowan's, In His Individual Capacity, First Set of Interrogatories to Plaintiff; Defendant Jordan Kase Donahue's, In His Individual Capacity, First Set of Interrogatories to Plaintiff; Defendant Raul Ortega Lopez's, In His Individual Capacity, First Set of Interrogatories to Plaintiff; and Defendant Justin Ty Land's, In His Individual Capacity, First Set of Interrogatories to Plaintiff | 364-380 |
| N | Plaintiff's Response to Interrogatories Defendant Toney Cowan; [Plaintiff's] Response to Interrogatories Defendant Donahue; [Plaintiff's] Response to Interrogatories Defendant Lopez; and [Plaintiff's] Response to Interrogatories Defendant Land | 381-396 |
| O | 911 Audio Call – On USB Flash Drive (manually filed) | 397 |
| P | Police Car Video – On USB Flash Drive (manually filed) | 398 |
| Q | Declaration of Matt D. Matzner | 399 |